IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62123-BB

SUNSHINE CHILDREN'S LEARNING
CENTER, LLC, on behalf of itself and all
others similarly situated,

                                                       CLASS REPRESENTATION

      Plaintiff,

v.

WASTE CONNECTIONS OF FLORIDA,
INC.,

      Defendant.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS**

Plaintiff responds to Defendant's Motion to Dismiss or, in the Alternative, to Strike Class Allegations, ECF No. 20, as follows:

Federal Rule of Civil Procedure 15 provides in pertinent part, "A party may amend its pleading once as a matter of course…if the pleading is one to which a responsive pleading is required…21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Plaintiff has filed a First Amended Complaint less than 21 days after Defendant filed its Rule 12 Motion attacking Plaintiff's original complaint [ECF No. 1-1 at 4-21] and was therefore entitled to do so without seeking leave to amend from this Court. *See* ECF No. 35.

Given that Plaintiff's First Amended Complaint supersedes the original complaint to which Defendant's Motion [ECF No. 20] was directed, Defendant's Motion is now moot and must be denied as such. *See Lizarazo v. Miami-Dade County*, No. 1:16-CV-20558-UU, 2016 WL

11589782, at *1 (S.D. Fla. May 17, 2016) (denying as moot motion to dismiss because amended complaint superseded prior complaint rendering motion directed to it moot); *Caring People, Inc. v. Dunn*, No. 15-CV-81155-KAM, 2015 WL 12720331, at *1 (S.D. Fla. Nov. 4, 2015) (same) (citing *Dresdner Bank AG, Dresdner Bank AG in Hamburg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006)); *Louis v. Seaboard Marine, Ltd., Inc.*, No. 10-22719-CIV, 2010 WL 3276225, at *1 (S.D. Fla. Aug. 18, 2010), Rpt. & Rec. adopted (ECF No. 21 Aug. 18, 2010) (same).

Dated: November 17, 2021

    Respectfully submitted,

**ZEBERSKY PAYNE SHAW LEWENZ, LLP**

<u>**Edward H. Zebersky**</u>
Edward H. Zebersky, Esq. (FBN: 908370)
Mark S. Fistos, Esq. (FBN: 909191)
110 Southeast 6th Street, Suite 2900
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
ezebersky@zpllp.com
mfistos@zpllp.com
nesponda@zpllp.com

E. Adam Webb, Esq. (*pro hac vice*)
Matthew C. Klase, Esq. (*pro hac vice*)
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9325
Facsimile: (770) 444-0271
adam@webbllc.com
matt@webbllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

**Edward H. Zebersky**
Edward H. Zebersky

## SERVICE LIST
*Sunshine Children's Learning Center v. Waste Connections, USDC 21-cv-62123-BB*

*Counsel for Defendant:*

Samuel L. Felker, Esq.
Desislava K. Doscheva, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 S.E. Third Avenue, Suite 1620
Fort Lauderdale, Florida 33394
Telephone: (954) 768-1600
Facsimile: (954) 337-7636
samfelker@bakerdonelson.com
krussel@bakerdonelson.com
rmciver@bakerdonelson.com
ddocheva@bakerdonelson.com
fllservice@bakerodnel.com

Eric L. Klein, Esq. (*pro hac vice*)
Megan R. Brillault, Esq. (*pro hac vice*)
James B. Slaughter, Esq. (*pro hac vice*)
Casey T. Clausen, Esq. (*pro hac vice*)
**BEVERIDGE & DIAMOND, P.C.**
1350 I Street, N.W., Suite 700
Washington, DC 20005-3311
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
eklein@bdlaw.com
mbrillault@bdlaw.com
jslaughter@bdlaw.com
cclausen@bdlaw.com