UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-62123-BB

SUNSHINE CHILDREN'S LEARNING CENTER, LLC,
on behalf of itself and all others similarly situated,
PLAINTIFF(s),
v.
WASTE CONNECTIONS OF FLORIDA, LLC,
DEFENDANT(s).
_____/

### MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on March 25, 2023. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

[X] All Plaintiffs and their respective trial counsel.
[X] All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered: _____

_____

___ AGREEMENT.
A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

[X] NO AGREEMENT.
The parties did not reach an agreement.

___ These proceedings have been adjourned and the mediation hearing shall be resumed on

_____.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on ___3/25/23___ a true and correct copy of the above was sent via Electronic Mail to: **Edward Zebersky, Esquire**, at EZebersky@zpllp.com; mlomastro@zpllp.com; mguerrero@zpllp.com; and to **Megan R. Brillault, Esquire**, at MBrillault@bdlaw.com; and to **Mark S. Fistos, Esquire**, at mfistos@zpllp.com; and to **Casey Clausen, Esquire**, at cclausen@bdlaw.com; **Kristen Krebs, Esquire**, kkrebs@bdlaw.com; **Eric Klein, Esquire**, EKlein@bdlaw.com; **Jordan Shaw, Esquire**, jshaw@zpllp.com; **Matthew Klase, Esquire**, matt@webbllc.com; **Samuel Felker, Esquire**, samfelker@bakerdonelson.com.

Respectfully submitted,

Steven R. Jaffe, Mediator
Mediator # 35295R
Upchurch Watson White & Max
Phone: 800-863-1462  Fax: 954-334-2838
sjaffe@uww-adr.com