UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62123-BLOOM/Valle

SUNSHINE CHILDREN'S
LEARNING CENTER, LLC,
*on behalf of itself and all others similarly situated*

    Plaintiff,

v.

WASTE CONNECTIONS OF FLORIDA, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [195] ("Stipulation"), filed on June 19, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [195]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

Case No. 21-cv-62123-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 20, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record